People v Holloway (2026 NY Slip Op 00678)

People v Holloway

2026 NY Slip Op 00678

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, OGDEN, AND DELCONTE, JJ.

65 KA 23-00330

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vDARRELL HOLLOWAY, ALSO KNOWN AS DARRELL J. HOLLOWAY, ALSO KNOWN AS SNOOP, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ABIGAIL D. WHIPPLE OF COUNSEL), FOR DEFENDANT-APPELLANT. 
KEVIN T. FINNELL, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Genesee County Court (Melissa Lightcap Cianfrini, J.), rendered December 13, 2022. The judgment convicted defendant upon his plea of guilty of attempted criminal possession of a controlled substance in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted criminal possession of a controlled substance in the third degree (Penal Law §§ 110.00, 220.16 [1]). Contrary to defendant's contention, a waiver of the right to appeal is not unconscionable per se (see People v Wilson, 244 AD3d 1802, — [4th Dept 2025]; People v Brinkman, 240 AD3d 1431, 1431-1432 [4th Dept 2025], lv denied 44 NY3d 1027 [2025]; see also People v Thomas, 34 NY3d 545, 557-558 [2019], cert denied — US —, 140 S Ct 2634 [2020]). Further, the record establishes that defendant's waiver of the right to appeal was knowing, voluntary, and intelligent (see Brinkman, 240 AD3d at 1432). The valid waiver encompasses defendant's challenge to the severity of his sentence (see People v Lopez, 6 NY3d 248, 256 [2006]; People v Hoose, 236 AD3d 1294, 1296 [4th Dept 2025], lv denied 44 NY3d 993 [2025]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court